IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Ahmed Ali Al-Asadi, *et al.* ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> George W. Bush, *et al.*, ) <br> ) <br> Respondents. ) | 1:05-CV-02197 (HHK) <br><br> MOTION FOR WRIT OF HABEAS CORPUS, OR IN THE ALTERNATIVE, AN ORDER TO SHOW CAUSE |

**MOTION FOR AN IMMEDIATE ISSUANCE OF A WRIT OF *HABEAS CORPUS* PURSUANT TO 28 U.S.C. §2243 OR, IN THE ALTERNATIVE, AN ORDER TO SHOW CAUSE WHY THE WRIT SHOULD NOT BE GRANTED**

Petitioner Mohammed Ahmed Ali Al-Asadi, through his Next-Friend and by undersigned counsel, respectfully submits this motion for an immediate issuance of a writ of habeas corpus pursuant to 28 U.S.C. §2243, returnable in three days, in order to allow him to proceed to hearing on the merits of his petition for a writ of habeas corpus filed on November 9, 2005.

In the alternative, also pursuant to 28 U.S.C. §2243, Petitioner respectfully seeks an immediate order to Respondents, returnable in three days, to show cause why the writ should not be granted. Petitioner's grounds for this motion are provided in the accompanying memorandum of points and authorities.

Dated: November 17, 2005

Respectfully submitted,

Counsel for Petitioners:

_____
Barbara J. Olshansky (NY0057)
Director Counsel
Tina M. Foster (TF5556)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6414
Fax: (212) 614-6499