IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Ahmed Ali Al-Asadi, *et al.* )<br>)<br>*Petitioners*, )<br>)<br>v. )<br>)<br>George W. Bush, *et al.*, )<br>)<br>*Respondents*. )<br>) | 1:05-CV-02197 (HHK)<br><br>ORDER TO SHOW CAUSE ON WHY WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED |

**ORDER TO SHOW CAUSE ON WHY WRIT OF**
**HABEAS CORPUS SHOULD NOT BE GRANTED**

On November 9, 2005, Petitioner filed a Petition for Writ of Habeas Corpus.

To date, the Government has not responded to that Petition. On November 17, 2005, Petitioner filed a Motion for the Immediate Issuance of a Writ of Habeas Corpus or, in the Alternative, to issue an Order to Show Cause.

Accordingly, it is hereby **ORDERED** that the Government shall, by

_____, show cause why the Writ should not be granted.

DATED:_____

_____
United States District Judge