## **DECLARATION BY ATTORNEY TINA MONSHIPOUR FOSTER**

I, Tina Monshipour Foster, declare that the following statements are true to the best of my knowledge, information, and belief:

1. I am an attorney licensed by the States of New York and Massachusetts, and am admitted to practice in the U.S. Federal District Court for the Southern District of New York. My business address is Tina M. Foster, Center for Constitutional Rights, 666 Broadway, 7th Flr, New York, NY 10012.

2. This Declaration is offered in support of Pet.'s Motion and Argument for an Order Requiring 30-Days Advance Notice to this Court and Counsel for Petitioner of any Intended Removal of Petitioner from Guantánamo, *Al-Asadi v. Bush*, Civ. No. 05-02197(HHK) (D.D.C. November 16, 2005).

3. For the past year, I have been actively involved in the steps that my office, the Center for Constitutional Rights (CCR), has taken to (1) advance the rights of the Guantánamo detainees through litigation establishing their right to file petitions for writs of *habeas corpus* in federal court; (2) work with other non-profit organizations to reach out to the family members of the Guantánamo detainees for the purpose of filing next-friend petitions for writs of *habeas corpus*; and (3) recruit and train private attorneys to represent individual Guantánamo detainees on a *pro bono* basis.

4. As part of that effort, I traveled to Yemen between June 16 and June 22 to attend an international human rights conference in the capitol city of Sana'a and to meet with family members of Guantánamo detainees.

5. While in Yemen, I was able to secure authorization from the Yemeni government to meet with a former Guantánamo Bay detainee, Walid Muhammad Shahir Muhammad al-Qadasi. Mr. al-Qadasi was, and is, currently undergoing continued detention in Yemen.

6. On June 21, 2005, I met with Mr. al-Qadasi in Ta'iz prison in the city of Ta'iz, Yemen. Mr. al-Qadasi was a young man in his mid-twenties, with a slight build and gentle mannerisms. During our conversation, he was quiet and very polite.

7. Mr. al-Qadasi informed me that he was first arrested while traveling in Iran in late 2001. The Iranians held him for several months before "selling" him to the U.S.-allied Afghani authorities for a bounty. Mr. al-Qadasi had never been to Afghanistan prior to his arrest and transfer by the Iranian government.

8. Although Mr. al-Qadasi denies being associated with Al Qaeda, he believes that the Iranians told the Afghani authorities that he was an Al Qaeda member in order to collect the bounty.

9. Mr. al-Qadasi was then transferred by his Afghani captors to the custody of U.S. forces. In U.S. custody, Mr. al-Qadasi was sent to a prison in Kabul, where he was interrogated and detained for approximately 3 months.

10. Mr. al-Qadasi informed me, through an Arabic interpreter, that

> On the first day, they tore my clothes off, and took pictures of me naked. The interrogators handcuffed my hands behind my back, blindfolded me, and interrogated me – they accused me of being Al Qaeda. They repeatedly threatened to kill me. The prisoners who were sent there call the first interrogation "the black night."
>
> Then, they put 10 of us together in a 2 by 3 meter room, where we stayed for three months, without ever seeing the light of day. For the first month, they subjected us to all sorts of unspeakable physical abuses and beatings. We were not allowed to sleep, and if we started to fall asleep they would pour

freezing water on us. They gave us unsanitary food and water, which made us sick and I became very sick.

11. After 3 months of detention in Kabul, Mr. al-Qadasi was transferred to U.S. forces-controlled Bagram Airbase.

12. Mr. al-Qadasi described his transfer to Bagram Airbase, where he was detained for several months, "[t]he way we were transferred was torture in and of itself. It was far better to be beaten than to suffer from the psychological effects of the transfer. It was horribly terrifying. They put very tight goggles over our eyes, ears, mouth and nose, they put us in shackles, and we all became very disoriented." While at Bagram Airbase, Mr. al-Qadasi complained of continued physical beatings in aid of interrogation.

13. In early 2002, on a date unknown to the undersigned declarant but known to U.S. government respondents, the United States military transferred Mr. al-Qadasi to Guantánamo Bay.

14. While in detention at Guantánamo, Mr. al-Qadasi advised he suffered psychological and physical abuse including beatings, sleep deprivation, exposure to extremes of temperature, prolonged isolation, and threats of violence.

15. Mr. al-Qadasi was held at Guantánamo for approximately two years. He was transferred to Yemen from Guantánamo Bay in early April 2004.

16. Mr. al-Qadasi was never informed that he would transferred to Yemen. One week before the transfer, military personnel entered his cell and measured his

body. Mr. al-Qadasi was unaware of the purpose for such actions. However, he now believes that the servicemembers were measuring him for clothing size.

17. On a date in early April 2004 at Guantánamo, U.S. personnel injected Mr. al-Qadasi with an unknown substance against his will. Immediately after receiving the injection, he experienced periodic losses of consciousness which continued for the next four days. During periods of consciousness, Mr. al-Qadasi suffered from terrifying hallucinations.

18. On or about the fifth day after the injection, Mr. al-Qadasi awoke and was initially confused as to his location. He was no longer wearing a Guantánamo Bay detainee uniform, but was wearing a pair of jeans, a sweater and jacket. As well, he had a bag containing personal items like a blanket, toothbrush and paste, soap and shampoo. After awaking and overcoming his initial confusion, Mr. al-Qadasi eventually learned that he was in a prison in Sana'a, Yemen.

19. Instead of being released from detention, Mr. al-Qadasi has remained in prison in Yemen since his transfer. He was first detained in Sana'a for thirteen months.

20. In Sana'a prison, Mr. al-Qadasi was held in solitary confinement in a small underground cell. He was routinely beaten and threatened by prison guards in Sana'a. In addition, he was given only rotten food which made him ill and unable to eat. Mr. al-Qadasi also reported that he was not allowed to use toilet facilities.

21. Mr. al-Qadasi was then transferred from Sana'a prison to the Ta'iz prison in the city of Ta'iz, Yemen, where he was detained for several months. At the time of his transfer, he was starving from the lack of edible food in Sana'a and was

quite weak. Mr. Al Qadasi reported that the prison officials in Ta'iz also refused to give him food. Mr. al-Qadasi's father was forced to drive several hours a day to deliver food to his son to prevent his starvation while he was held in Ta'iz prison.

22. Mr. al-Qadasi told me that the only subjects discussed during his interrogations in Yemen related to the fact of his imprisonment at Guantanamo. Specifically, Yemeni interrogators have asked Mr. al-Qadasi why he was detained in Guantanamo, and how the decision to release him was made. Mr. al-Qadasi could not provide answers to these questions, and was abused by the interrogators as a result.

23. To his knowledge, Mr. al-Qadasi has never been accused of a crime by Yemeni authorities.

24. In late June of 2005, I was informed by various sources in Yemen that Mr. al-Qadasi was transferred from the prison in Ta'iz, where I had met with him, and sent back to Sana'a prison. Upon information and belief, Mr. al-Qadasi currently remains imprisoned indefinitely in Sana'a prison, Yemen.

DECLARATION ENDS.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, recollection and belief. Signed today, November 17, 2005, New York, NY.

Tina M. Foster (NY Bar# TF 5556)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6414