UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED ALI AL-ASADI,<br><br>Detainee,<br><br>HAFIZULLAH AHMED ALI AL-ASADI,<br>    as the Next Friend of<br>MOHAMMED AL-ASADI;<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents/Defendants. | Civil Action 05-02197 (HHK) |

### ORDER

Before the court is petitioners' "Motion For an Order Requiring 30-Days Advance Notice to This Court & Counsel for Petitioner of Any Intended Removal of Petitioner from Guantánamo" (Dkt. # 3). Upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that the motion should be granted for the reasons stated by this court in *Abdah v. Bush*, 2005 WL 711814 (D.D.C. Mar. 29, 2005), and *Al-Joudi v. Bush*, 2005 WL 774847 (D.D.C. Apr. 4, 2005). Accordingly, it is this 29th day of November, 2005, hereby

**ORDERED,** that petitioners' motion is **GRANTED**; and it is further

**ORDERED,** that respondents shall provide petitioners' counsel and the court with 30 days notice prior to transporting or removing petitioner from Guantánamo Bay Naval Base, unless such transportation or removal is for the purpose of releasing petitioner Al-Asadi from detention.

Henry H. Kennedy, Jr.<br>
United States District Judge