IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Mohammed Ahmed Ali Al-Asadi,** *et al.* ) | |
| ) | 1:05-CV-02197 (HHK) |
| *Petitioners*, ) | |
| ) | UNOPPOSED MOTION |
| *v.* ) | FOR EXTENSION OF |
| ) | TIME TO RESPOND |
| **George W. Bush,** *et al.*, ) | |
| ) | |
| *Respondents.* ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Petitioners hereby respectfully move for a fourteen-day extension of time to respond to Respondents' *Motion to Stay Proceedings Pending Related Appeals and Opposition to Petitioners' Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2243 or, Alternatively, to Issue an Order to Show Cause* (filed on December 02, 2005, Docket Nos. 6,7).

Petitioners' Counsel have conferred with Counsel for Respondents. Respondents' Counsel, Preeya M. Noronha, has indicated her consent to the instant motion for extension of time.

WHEREFORE, Petitioners respectfully request that this Court enter an order extending Petitioners' time to file a response to Respondents' aforementioned motion on or before December 27, 2005.

| | |
|---|---|
| Dated: 12/9/2005 | Respectfully submitted, |
| | ___/s/ **Tina M. Foster**_____<br>Barbara J. Olshansky (NY0057)<br>Director Counsel<br>Tina M. Foster (TF5556)<br>CENTER FOR<br>CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>Tel: (212) 614-6439<br>Fax: (212) 614-6414 |