AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  )  |  |
| --- | --- | --- |
| Plaintiff(s) | ) | APPEARANCE |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER   05cv2197 |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Shereen J. Charlick**  as counsel in this
(Attorney's Name)

case for: **Hafizullah Ahmed Ali Al-Asadi**
(Name of party or parties)

__1/24/06__
Date

__147533 (California Bar)__
BAR IDENTIFICATION

_Signature_

Shereen J. Charlick
Print Name

225 Broadway, Suite 900
Address

San Diego, CA  92101
City    State    Zip Code

619-234-8467
Phone Number