AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) | **APPEARANCE** |
| vs. | ) ) ) | CASE NUMBER  05cv2197 |
| Defendant(s) | ) ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Zaki Zehawi  as counsel in this
                                (Attorney's Name)

case for:  Hafizullah Ahmed Ali Al-Asadi
              (Name of party or parties)

1/25/06
Date

216485 (California Bar)
BAR IDENTIFICATION

_____
Signature

Zahi Zehawi
Print Name

225 Broadway, Suite 900
Address

San Diego, CA  92101
City  State  Zip Code

619-234-8467
Phone Number