IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED ALI AL-ASADI, et al.,

    Petitioners,

v.

GEORGE W. BUSH, et al.,

    Respondents.

Civil Action No. 05-2197 (HHK)

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier General Jay Hood, Commander, Joint Task Force-GTMO, and Army Colonel Michael Bumgarner, Commander, Joint Detention Operations Group, (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order dated November 29, 2005, (dkt. no. 5) granting petitioners' motion for preliminary injunction and ordering respondents to provide petitioners' counsel and the Court thirty days' notice prior to transporting or removing petitioner Al-Asadi from Guantanamo Bay Naval Base.

Dated: January 30, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

*/s/ Marc A. Perez*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2006, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioners in this case as follows:

Barbara J. Olshansky
Tina M. Foster
Center for Constitutional Rights
666 Broadway
New York, NY 10012
bjo@ccr-ny.org
tfoster@ccr-ny.org

Shereen Joy Charlick
Zaki Zehawi
Federal Defenders
225 Broadway Ste. 90
San Diego, CA 92101
shereen_charlick@fd.org
zaki_zehawi@fd.org

_/s/ Marc A. Perez_
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents