# Exhibit "A"

## Authorization

Date: _____

My name is _____. I am acting as next friend for my _____, whose name is _____ a citizen of _____, who is being held in Guantanamo Bay.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize the Federal Defenders of San Diego, Inc. and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Court of the Unites States and in any other legal forum available.

Signature:_____

Print Name:_____

Witnessed by:_____

Print Name:_____