UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED ALI AL-ASADI,<br><br>Detainee,<br><br>HAFIZULLAH AHMED ALI AL-ASADI,<br>     as the Next Friend of<br>MOHAMMED AL-ASADI;<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents/Defendants. | Civil Action 05-02197 (HHK) |

ORDER

Before the court is petitioners' unopposed "Motion for Substitution of Counsel and Appointment of Federal Defenders of San Diego" (Dkt. # 18). Upon consideration of the motion and the record of this case, and in accordance with Chief Judge Hogan's October 5, 2005 order, *see In re Guantanamo Detainee Cases* (D.D.C. Oct. 5, 2005), the court concludes that the motion should be granted. Accordingly, it is this 16th day of March, 2006, hereby

**ORDERED,** that petitioners' motion is **GRANTED**

Henry H. Kennedy, Jr.
United States District Judge