UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| _____ ) <br> **MOHAMMED AHMED** ) <br> **ALI AL-ASADI, et al.,** ) <br>   ) <br>   Appellees ) <br>   ) <br>   v. ) <br>   ) <br> **GEORGE W. BUSH, et al.,** ) <br>   ) <br>   Appellants. ) <br> _____) | No.   05cv02197-HHK <br><br> **CERTIFICATE OF COUNSEL AS TO PARTIES, RULINGS, AND RELATED CASES PURSUANT TO CIRCUIT RULE 28(a)(1)** |

I, Shereen J. Charlick, hereby certify that the following is true and correct:

1. The parties to this case are as follows:

    a. Petitioners/Plaintiffs:

        i. Mohammed Ahmed Ali Al-Asadi, Detainee, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba

        ii. Hafizullah Ahmed Ali Al-Asadi, Next Friend of Mohammed Ahmed Ali Al-Asadi

    Respondents/Defendants:

        i. George W. Bush, President of the United States, The White House, 1600 Pennsylvania Ave., N.W., Washington, D.C. 20500

        ii. Donald Rumsfeld, Secretary, United States Department of Defense, 1000 Defense Pentagon, Washington, D.C. 20301-1000

        iii. Army Brig. Gen. Jay Hood, Commander, Joint Task Force – GTMO, JTF-GTMO, APO AE 09360

        iv. Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group, JTF-GTMO, APO AE 09360

2. There are no interveners in this case.

3. There are, at present, no amici in this case of which counsel is aware.

4. The ruling under review is the November 29, 2005 Order by United States District Judge Henry H. Kennedy, Jr. prohibiting respondents from removing Mr. Mohammed Ahmed Ali Al-Asadi from Guantanamo Bay Naval Base unless the district court and counsel for petitioner receive thirty days advance notice of such removal.

5. The undersigned is aware that the government has filed Notices of Appeal of similar orders issued in other cases pending in other district courts. Undersigned Counsel does not have a list of all of these cases. Therefore, the government is in the best position to accurately list all related cases for the Court.

I certify under penalty of perjury under the laws of the United States that the above is true to the best of my knowledge, information, and belief.

Dated: March 27, 2006

                                              /s/
                                      SHEREEN J. CHARLICK
                                      Counsel for Petitioner