IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED ALI AL-ASADI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-CV-02197 (HHK) |

## RESPONDENTS' NOTICE REGARDING PETITIONERS' MOTION FOR ENTRY OF PROTECTIVE ORDER

Respondents hereby submit the following notice regarding petitioners' motion for entry of the protective order in the above-captioned case (dkt. no. 22).

On March 16, 2006, this Court stayed "all action" in the above-captioned case and held in abeyance all pending motions pending resolution by the Supreme Court or the D.C. Circuit of "serious questions concerning whether this court retains jurisdiction to hear the above-captioned cases" after the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680, became law (dkt. no. 20). Because the Court has stayed "all action" in this case, absent further direction from the Court, respondents do not intend to submit a substantive response to petitioners' request for relief at this time. Respondents reserve their right to submit a memorandum in opposition to petitioners' motion for entry of the protective order containing a substantive response opposing petitioners' request for relief in the future if so directed by the Court.

Dated: May 25, 2006    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents

- 2 -