# Exhibit B



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>05/26/2006 09:09 AM | To | DCD_ECFNotice@dcd.uscourts.gov |
| | cc | |
| | bcc | Heather Rogers/CASG/09/FDO |
| | Subject | Activity in Case 1:05-cv-00999-RBW AL-KHALA( et al "Order to Answer" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrbw3, entered on 5/26/2006 at 12:08 PM and filed on 5/26/2006
**Case Name:**          AL-KHALAQI v. BUSH et al
**Case Number:**        1:05-cv-999
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER TO ANSWER. The government shall respond to the plaintiff's motion for a protective order by June 2, 2006. Signed by Judge Reggie B. Walton on May 26, 2006. (lcrbw3, )

The following document(s) are associated with this transaction:

**1:05-cv-999 Notice will be electronically mailed to:**

Reuben Camper Cahn     reuben_cahn@fd.org

Terry Marcus Henry     terry.henry@usdoj.gov,

Ellis M. Johnston , III     ellis_johnston@fd.org

Robert J. Katerberg     robert.katerberg@usdoj.gov,

Heather R. Rogers     heather_rogers@fd.org

Andrew I. Warden     andrew.warden@usdoj.gov,

**1:05-cv-999 Notice will be delivered by other means to:**