UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED ALI AL-ASADI, <br><br>   Detainee, <br><br> HAFIZULLAH AHMED ALI AL-ASADI, <br>      as the Next Friend of <br> MOHAMMED AL-ASADI; <br><br>   Petitioners/Plaintiffs, <br><br>      v. <br><br> GEORGE W. BUSH, et al., <br><br>   Respondents/Defendants. | Civil Action 05-02197 (HHK) |

**ORDER**

Before the court is petitioners' "Motion Seeking Entry of the Protective Order and Seeking Status Conference or Hearing on Motion" (Dkt. #22).  Upon consideration of petitioners' motion, it is this 9th  day of June, 2006, hereby

**ORDERED** that the March 16, 2006 order staying activity in this case, *Al-Asadi v. Bush*, No. 05-2197 (D.D.C. Mar. 16, 2006), is lifted with respect to petitioners' "Motion Seeking Entry of the Protective Order and Seeking Status Conference or Hearing on Motion"; and is further

**ORDERED** that respondents shall file an opposition to the aforementioned motion within 10 days of the docketing of this order. Respondents' opposition need only address the merits of petitioners' motion as the court is already aware of respondents' position regarding the court's jurisdiction over the subject matter of this action.

                                                    Henry H. Kennedy, Jr.
                                                    United States District Judge