# EXHIBIT A


  

US version | International version | Combined version | Subscribe  Feeds  Bookmark  Contact

  

Bernard Hibbitts, Publisher & Editor-in-Chief

**Law in the Middle East conflict - click here for news, commentary, discussion and resources...**

LEGAL NEWS   TOPICS   DOCUMENTS   VIDEO   COMMENTARY   ABOUT JURIST   HOME
PAPER CHASE   US LEGAL NEWS   WORLD LEGAL NEWS   NEWS ARCHIVE   THIS DAY AT LAW

# PAPER CHASE NEWSBURST
Serious law. Primary sources. Global perspective.

**LATEST LEGAL NEWS**

▸ Federal appeals court rules DeLay must remain on Texas ballot
3:15 PM, August 3

📅 **Friday, July 07, 2006**

## Hicks says Guantanamo conditions worse after detainee suicides
Jaime Jansen at 10:47 AM ET



[JURIST] **David Hicks** [JURIST news archive], the Australian-born terror suspect held at **Guantanamo Bay** [JURIST news archive], told family members that conditions at the detention center have worsened in the wake of **three detainee suicides** [JURIST report] in June, Hicks' lawyer David McLeod said Thursday. Hicks told family members that Guantanamo guards have become "very tough" and that he thinks that the guards are punishing other inmates for the three suicides. Hicks also claimed that he has been held in solitary confinement for 24 hours a day, without furniture in the concrete cell.

Additionally, Hicks apparently did not learn of the recent **US Supreme Court** [official website] ruling **declaring military commissions for Guantanamo detainees illegal** [JURIST report; opinion, PDF] as constituted, nor did Hicks learn of a British High Court decision to **entitling him to British citizenship** [JURIST report] because Hicks' mother is a UK citizen. Hicks was one of ten Guantanamo detainees awaiting trial by the **military commissions** [JURIST news archive], and the status of a future trial for Hicks is still unknown. **Australian Prime Minister John Howard** [official website] thinks that Hicks **should stand trial in American courts** [JURIST report], while Hicks' Pentagon appointed military lawyer, Maj. Michael Mori, has stated that any future trial for Hicks would **constitute double jeopardy** [JURIST report] under the Fifth Amendment. From the UK, the *Guardian* has **more**.

▸ Some Israel attacks 'war crimes' - HRW; Amnesty seeks independent Qana probe
1:27 PM, August 3

▸ Germany PM denounces Khodorkovsky prison conditions
1:23 PM, August 3

▸ click for more...

**LATEST FORUM**



**The Security Council on Iran: Fiddling While the Middle East Burns?**
Daniel Joyner
U. Warwick Law School (UK)

**ABOUT**

**Paper Chase** is JURIST's real-time legal news weblog, powered by a team of 20 **law student reporters and editors** led by law professor **Bernard Hibbitts** at the University of Pittsburgh School of Law. As an educational service, Paper Chase is dedicated to presenting important legal news and materials rapidly, objectively and intelligibly in an accessible, ad-free format.

Link | e-mail report | **suggest story** | how to **subscribe** | JURIST **news archive**
© JURIST

**CONTACT**