UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN,<br><br>　　　　　　Petitioner<br><br>　　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　　　Respondents. | Civil Action No. 05-2053 (HHK) |

ORDER

Before the court is petitioner's "Motion to Vacate the Order Staying the Case." (Dkt. #59). Upon consideration of the motion and the record of this case, it is this 18th day of August, 2006, hereby

**ORDERED,** that petitioner's "Motion to Vacate the Order Staying the Case" (Dkt. # 59) is **GRANTED.**

　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge