UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED ALI AL-ASADI,<br><br>Detainee,<br><br>HAFIZULLAH AHMED ALI AL-ASADI,<br>    as the Next Friend of<br>MOHAMMED AL-ASADI;<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents/Defendants. | Civil Action 05-02197 (HHK) |

**ORDER**

Before the court is petitioner's "Motion to Lift the Stay." [#33]. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this __th day of September, 2006, hereby

**ORDERED,** that petitioner's "Motion to Lift the Stay" [#33] is **GRANTED**.

 

                                          Henry H. Kennedy, Jr.
                                          United States District Judge