AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                    |   )   |                              |
| ------------------ | :---: | ---------------------------- |
| Plaintiff(s)       |   )   | **APPEARANCE**               |
|                    |   )   |                              |
|                    |   )   |                              |
| vs.                |   )   | CASE NUMBER   05-02197 (HHK) |
|                    |   )   |                              |
|                    |   )   |                              |
| Defendant(s)       |   )   |                              |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Ellis M. Johnston, III  as counsel in this
                                (Attorney's Name)

case for: Mohammed Ahmed Ali Al-Asadi
                    (Name of party or parties)

Zahi Zehawi is no longer with Federal Defenders and should be removed as co-counsel.

9/14/06                              /s/
Date                                 Signature

                                     Ellis M. Johnston, III
CA BAR 223664                        Print Name
BAR IDENTIFICATION
                                     225 Broadway, Ste. 900
                                     Address

                                     San Diego, CA  92101
                                     City       State       Zip Code

                                     619-234-8467
                                     Phone Number