# Exhibit "A"

UNCLASSIFIED//FOUO

## Summarized Unsworn Detainee Statement

*The Tribunal President read the hearing instructions to the Detainee. The Detainee confirmed that he understood the process.*

Tribunal President: Mohammed Ahmed, do you understand this process?

Detainee: (responded by nodding head) Yes.

Tribunal President: Do you have any questions concerning the Tribunal process?

Detainee: (responded by shaking head) No.

Tribunal President: Can you please respond by saying yes or no?

Detainee: No (referring to the previous question).

*The Personal Representative submitted the Detainee Election form (Exhibit D-A) into evidence.*

Tribunal President: I would like to make note that on the Detainee Election form, the Personal Representative made the responses to the Unclassified Summary. Is that correct?

Personal Representative: Yes, ma'am.

Tribunal President: Mohammed Ahmed, will these responses also be stated again during the Tribunal?

Detainee: The Personal Representative will speak about these.

Personal Representative: The summary of our interview notes are included in his Detainee Election Form, but he has decided this morning that he would like to make a statement.

Tribunal President: Mohammed Ahmed, is that satisfactory to you?

Detainee: Yes.

*The Recorder submitted the Unclassified Summary of Evidence (Exhibit R-1) to the Tribunal.*

*The Recorder submitted Exhibit R-2 into evidence and gave a brief description of the contents of the Unclassified Summary of Evidence (Exhibit R-1).*

ISN# 198
Enclosure (3)
Page 1 of 6

UNCLASSIFIED//FOUO

003118

UNCLASSIFIED//FOUO

*The Recorder confirmed that he had no further unclassified evidence or witnesses and requested a closed Tribunal session to present classified evidence.*

Tribunal President: Mohammed Ahmed, you may now present any evidence you have to the Tribunal, and you have the assistance of your Personal Representative in doing so. Do you want to present information to this Tribunal?

Detainee: I do not wish to make a statement because there's no use in making a statement or defending myself.

Tribunal President: Would you like the Personal Representative to review the information that is on the Detainee Election Form? These are statements that you may have made to him during an interview. These statements look like they are responses to some of the allegations.

Detainee: I have many statements and evidence and information that I could present, but there is no use in presenting them because you have classified information that I cannot see or look at to defend myself against them. There is no point me saying anything.

Tribunal President: Mohammed Ahmed, this is an opportunity for you to respond to the allegations that are being presented right now. We have not had the opportunity to look at the classified information. This Tribunal is obligated to review all of the evidence that is presented to us; that includes any statements or responses that you may have to the Unclassified Evidence.

Detainee: Some of the statements that I have presented are available with the Personal Representative. Some of them are. If you have a closed classified session after this and you wish to call me to answer those allegations, then I will.

Tribunal President to Personal Representative: Okay, then why don't we go through the responses to some of these allegations or any statements that you may have seen, that you may have received from Mohammed during an interview.

Detainee: I can't respond to allegations like this. You have to give me all of the allegations that you have. I need to see everything that you have against me, so that I am able to answer all of them.

Tribunal President: Personal Representative, with your assistance in going through the allegations on the Unclassified Summary, and then Mohammed, you can respond to each of those allegations if you wish to do so.

*3.1. The detainee traveled to Afghanistan in March 2001 to fight the Jihad.*

Detainee: I don't have any response.

ISN# 198
Enclosure (3)
Page 2 of 6

UNCLASSIFIED//FOUO

003119

UNCLASSIFIED//FOUO

*3.2.. The detainee stayed at Taliban safe houses.*

Detainee: I don't have any response.

*3.3. The detainee's travel to Afghanistan was arranged by the Taliban.*

Detainee: I don't have any response.

*3.4. The detainee stayed at the Taliban embassy in Pakistan.*

Detainee: I don't have any response.

*3.5. The detainee was issued a Kalashnikov at the "AMR" center.*

Detainee: I don't have any response.

*3.6. The detainee was a guard at the "AMR" center for the Taliban.*

Detainee: I don't have any response.

*3.7. The detainee was in Afghanistan during the U.S. bombing campaign.*

Detainee: I don't have any response.

*3.8. The detainee fled to the Tora Bora Mountains in December 2001.*

Detainee: I don't have any response.

*3.9. The detainee, along with a large group of Arabs who had fled Afghanistan, was arrested by the police in Pakistan.*

Detainee: I don't have any response.

Tribunal President: Mohammed Ahmed, would you like to add anything to the comments or the allegations that were read?

Detainee: Add what evidence?

Tribunal President: Any other comments or evidence or any explanation to…

Detainee: Like I said, I do have statements and information and evidence. But, if there is classified information that I cannot see, then there is no use.

ISN# 198
Enclosure (3)
Page 3 of 6

UNCLASSIFIED//FOUO

003120

UNCLASSIFIED//FOUO

Tribunal President: That is correct, there is classified evidence that you are not able to see. But, this is your opportunity to make a statement based on the allegations that were presented to you during your interview. If you choose not to make any comments, then we will go on with the Tribunal process.

Detainee: I don't have anything, but the Personal Representative has some statements, if he would like to present them.

Tribunal President: Personal Representative, would you present the statements that were on the Detainee Election Form?

Personal Representative: Yes ma'am. I did want to just say that during our interviews, Mohammed Al Asadi had been very cooperative and I think he exhibited very good behavior during those interviews. He explained that he had never fought against the U.S., but that he was with the Taliban before they fought against the U.S. or the Northern Alliance. He believed that one point of evidence for him would be to confirm that the dates of his travels would show that he had traveled from Yemen approximately four months prior to September 11th. From Yemen to Pakistan. That's that I would like to add.

Tribunal President: Personal Representative, do you have any questions for the Detainee?

Personal Representative: No, ma'am, I do not.

Tribunal President: Recorder, do you have any questions for the Detainee?

Recorder: No, ma'am.

Tribunal President: Do any Tribunal members have any questions for the Detainee?

Tribunal Member: Yes, ma'am. How did you get from Yemen to Pakistan?

Detainee: I don't have any responses to any questions.

Tribunal Member: I have one question for the Personal Representative. When you were going through, there was one additional thing on the Exhibit D-A that you didn't read and I just wanted to confirm that statement.

Personal Representative: Yes sir. I would like to add that with regard to the Unclassified Evidence in bullet six, Mohammed did mention that he was not a guard at the AMR camp, but that he was just one of the people who was there waiting.

Tribunal Member: You mentioned that he said, "confirm that dates of his travel from Yemen to Pakistan, four months prior to 9/11." Did he suggest how we confirm that?

ISN# 198
Enclosure (3)
Page 4 of 6

UNCLASSIFIED//FOUO

003121

UNCLASSIFIED//FOUO

Personal Representative: Yes, sir. If I recall from my notes, he suggested that we get his passport, but it was not on file for his case.

Tribunal Member: Did he tell you that he had his passport when he arrived here?

Personal Representative: No, sir.

Tribunal President: Mohammed Ahmed, can you tell me what the AMR camp was?

Detainee: I clarified it to the Personal Representative.

Tribunal President: Personal Representative, did he clarify what the AMR camp was? What kind of camp it was?

Personal Representative: We brought up the question regarding the AMR camp and we were told by way of the translator that it was Omer not AMR. That was the extent to our discussions, I did not ask him about the camp.

Tribunal President: I understand.

Tribunal President: Was it your impression, Personal Representative, that there was a misspelling?

Personal Representative: It is my impression that it was a pronunciation or spelling issue, but in conferring with the Recorder, we were never able to pin down specifically what the difference was.

Tribunal President: Any other Tribunal Members have any other questions?

Tribunal Member: Again, for the Personal Representative. Going back to the question one of other Tribunal Members mentioned. Did the Detainee ask you to or ask us to obtain his passport as a document to be presented to the Tribunal?

Personal Representative: Sir, he brought the fact that he believed the dates in the passport would confirm that he had traveled to Pakistan before September 11th. So, I went to the area that holds the property, but they did not have a record of his passport.

Tribunal Member: Did he suggest that we should have his passport, or did he say it might be some place else? Did he give any idea of where the passport was?

Personal Representative: No sir. That was the extent of our discussion.

*The Tribunal President confirmed that the Personal Representative had no further evidence or previously approved witnesses to present to the Tribunal.*

ISN# 198
Enclosure (3)
Page 5 of 6

UNCLASSIFIED//FOUO

003122

UNCLASSIFIED//FOUO

*The Tribunal President explained the remainder of the Tribunal process to the Detainee and adjourned the open session.*

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Colonel, U.S. Army
Tribunal President

UNCLASSIFIED//FOUO

ISN# 198
Enclosure (3)
Page 6 of 6

003123