**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

**MOHAMMED AHMED ALI AL-ASADI,**

        **Detainee,**

**HAFIZULLAH AHMED ALI AL-ASADI,**
        **as the Next Friend of**
**MOHAMMED AL-ASADI;**

        **Petitioners/Plaintiffs,**

        **v.**

**GEORGE W. BUSH, et al.,**

        **Respondents/Defendants.**

**Civil Action 05-02197 (HHK)**

---

**ORDER**

Before  the court is the renewed motion of petitioner to grant the writ of habeas corpus or in the alternative to issue order to show cause and order filing of factual return (## 37,38), Upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that petitioners' alternative motion should be granted in part.

Accordingly, it is this 10th day of October, 2006, hereby

**ORDERED** that respondents shall file a factual return regarding the detention of Mohammed Ahmed Ali Al-Asadi.

                                       Henry H. Kennedy, Jr.
                                       United States District Judge