IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED ALI AL-ASADI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2197 (HHK) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that petitioner Mohammed Ahmed Ali Al-Asadi (ISN 198) has been released from United States custody and transferred to the Government of Yemen, consistent with the United States' policies and practices pertaining to transfers for release, as described in the Declarations of Ambassador Pierre-Richard Prosper and Deputy Assistant Secretary of Defense Matthew C. Waxman previously filed in this case (dkt. no. 4).[1]

Dated: December 20, 2006       Respectfully submitted,

                                                                       PETER D. KEISLER
                                                                       Assistant Attorney General

                                                                       DOUGLAS N. LETTER
                                                                       Terrorism Litigation Counsel

---

[1] While Mr. Waxman and Mr. Prosper have both left office, the policies and practices set forth in their prior declarations remain in effect and are applicable.

    /*s*/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents