# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
**MOHAMMED AHMED ALI AL-ASADI**,          )
                                                        )
**HAFIZULLAH AHMED ALI AL-ASADI**,         )
Next Friend of Mohammed Al-Asadi                )
                                                        )
Guantánamo Bay Naval Station,                    )
Guantánamo Bay, Cuba                              )
       Petitioner                              )
                                                        )
       v.                                          )
                                                        ) Case No. 05cv2197-HHK
**GEORGE W. BUSH**                              )
       President of the United States            )
       The White House                         )
       1600 Pennsylvania Avenue, N.W.           )
       Washington, D.C. 20500;                  ) **NOTICE OF FILING MOTION**
                                                        ) **FOR ISSUANCE OF AN ORDER**
**DONALD RUMSFELD**                           ) **TO SHOW CAUSE AS TO WHY**
       Secretary, United States                 ) **RESPONDENTS SHOULD NOT**
       Department of Defense                    ) **BE HELD IN CONTEMPT FOR**
       1000 Defense Pentagon                    ) **VIOLATING THIS COURT'S**
       Washington, D.C. 20301;                  ) **NOVEMBER 29, 2005 ORDER**
                                                        )
**ARMY BRIG. GEN. JAY HOOD**                  )
       Commander, Joint Task Force - GTMO       )
       APO AE 09360; and                        )
                                                        )
**ARMY COL. MIKE BUMGARNER**                 )
       Commander, Joint Detention              )
       Operations Group - JTF-GTMO              )
       APO AE 09360,                            )
                                                        )
       Respondents                             )
_____)

      Petitioner Mohammed Al-Asadi, through undersigned counsel, hereby provides notice that he is filing and has submitted to the Court-Security Officers as required, a Motion requesting that this Court issue an order to show cause as to why Respondents should not be held in

contempt for violating this Court's November 29, 2005 Order when they transported and removed Petitioner Al-Asadi from Guantanamo Bay, Cuba into continued detention in Yemen without providing the required 30-days notice to undersigned counsel or this Court.

Dated:  December 20, 2006                     Respectfully submitted,

                                                     /s/
                                       **SHEREEN J. CHARLICK**
                                       **ELLIS M. JOHNSTON**
                                       Federal Defenders
                                       225 Broadway, Suite 900
                                       San Diego, CA 92101-5030
                                       (619) 234-8467  (tel)
                                       (619) 687-2666  (fax)
                                       e-mail: Shereen_Charlick@fd.org
                                                              Ellis_Johnston@fd.org

**CERTIFICATION AND VERIFICATION**

Counsel for Petitioner certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon Respondents.

Dated:  December 20, 2006                              /s/
                                              **SHEREEN J. CHARLICK**
                                              **ELLIS M. JOHNSTON III**
                                              Federal Defenders
                                              225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467  (tel)
                                              (619) 687-2666  (fax)
                                              e-mail Shereen_Charlick@fd.org
                                                     Ellis_Johnston@fd.org