Exhibit "A"



**"Warden, Andrew (CIV)"**
**<Andrew.Warden@usdoj.gov>**

12/18/2006 05:49 AM

To    Shereen Charlick <Shereen_Charlick@fd.org>

cc

bcc

Subject    RE: GTMO Transfer

History:    ⟳ This message has been replied to and forwarded.

Shereen,

The transfer was for release and, thus, consistent with Judge Kennedy's order.

Andrew

**From:** Shereen Charlick [mailto:Shereen_Charlick@fd.org]
**Sent:** Monday, December 18, 2006 12:31 AM
**To:** Warden, Andrew (CIV)
**Subject:** Re: GTMO Transfer

Andrew:

I am assuming based upon your e-mail and the press release that Mr. Al-Asadi was actually released as opposed to transferred to another detention facility in Yemen. I ask because there was actually a 30-day order in effect in this case  If he was indeed released to return to his family, I am thrilled as this is long overdue.
-----"Warden, Andrew (CIV)" <Andrew.Warden@usdoj.gov> wrote: -----

To: Shereen_Charlick@fd.org, Ellis_Johnston@fd.org
From: "Warden, Andrew (CIV)" <Andrew.Warden@usdoj.gov>
Date: 12/17/2006 06:35PM
Subject: GTMO Transfer

Shereen & Ellis,

I am writing to inform you that petitioner Al Asadi (ISN 198) has been
released from United States' custody and transported to Yemen for
release.  See
http://www.defenselink.mil/Releases/Release.aspx?ReleaseID=10301.  We
have no objection to public release of this information.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

Dec. 20, 2006    About Defenselink    Top Leaders    Imagery    War On Terror    Transformation





**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)

# News Release

On the Web:
http://www.defenselink.mil/Releases/Release.aspx?ReleaseID=10301
Media contact: +1 (703) 697-5131/697-5132

Public contact:
http://www.dod.mil/faq/comment.html
or +1 (703) 428-0711 +1

> News by Email
> RSS Feeds
> Podcasts
> AFPS News Articles
> Photo Essays
> Special Reports
> DoD Web Sites

**Today in DoD**

**Press Resources**
> News Releases
> Pentagon Press Passes
> Speeches
> Transcripts

**Special Interest**
> Measuring Stability and Security in Iraq Report
> Casualty Reports
> Common Access Card
> Detainee Affairs
> FY 2007 Budget
> FY 2006 Performance & Accountability Report
> Publications
> Freedom of Information

**For the Record**
> 50 Heroes From 50 States
> Afghanistan 5-Year Report

**Personnel & Finance**
> Commanders Page
> Tricare
> My Pay
> Military Homefront
> Military Pay & Benefits
> NSPS
> ExpectMore.gov

**IMMEDIATE RELEASE**

**Detainee Transfer Announced**

The Department of Defense announced today that it transferred from Guantanamo Bay, Cuba, to Afghanistan, five detainees to Yemen, to Kazakhstan, one detainee to Libya, and one detainee to Bangladesh. detainee was released to Yemen. These detainees were recommended release by multiple review board processes conducted at Guantanamo I

Aproximately 85 detainees remain at Guantanamo who the U.S. determined eligible for transfer or release through a comprehensive seri processes. Departure of these remaining detainees approved for transfe subject to ongoing discussions between the United States and other nat States does not desire to hold detainees for any longer than necessary. expects that there will continue to be other transfers and releases of det

There are ongoing processes to review the status of detainees h Guantanamo. A determination about the continued detention, transfer, c detainee is based on the best information and evidence available at the classified and unclassified.

This increases the number of detainees who have departed Gua year to 114. Since 2002, approximately 380 detainees have departed G other countries including Albania, Afghanistan, Australia, Bangladesh, B Denmark, Egypt, France, Germany, Iran, Iraq, Jordan, Kazakhstan, Kuw Maldives, Morocco, Pakistan, Russia, Saudi Arabia, Spain, Sweden, Su Turkey, Uganda, United Kingdom, and Yemen.

Approximately 395 detainees remain at Guantanamo.



Printer-friendly Version                    Email A Copy