IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AL-ASADI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2197 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE WHY RESPONDENTS SHOULD NOT BE HELD IN CONTEMPT**

Respondents hereby move for an extension of time until January 19, 2007, to respond to petitioner's emergency motion for order to show cause why respondents should not be held in contempt for violating the Court's November 29, 2005 Order.  In support of this motion, respondents submit the following:

1.   On December 20, 2006, respondents filed a notice of transfer informing the Court that petitioner Mohammed Al-Asadi had been released from United States custody and transferred to the Government of Yemen, consistent with the United States' policies and practices pertaining to transfers for release.  See dkt. no. 43.  On December 21, 2006, petitioner filed an emergency motion for order to show cause why respondents should not be held in contempt for allegedly violating the Court's November 29, 2005 Order, which provides that "Respondents shall provide petitioner's counsel and the court with 30 days advance notice prior to transporting or removing petitioner from Guantanamo Bay Naval Base unless such

transportation or removal is for the purpose of release petitioner Al-Asadi from detention." See dkt. no. 5. Petitioner's motion contends that respondents violated the Court November 29, 2005 Order by releasing petitioner from United States custody and transferring him to the Government of Yemen, without providing 30 days' advance notice of the transfer. Specifically, petitioner's motion contests respondents' representation that the transfer of petitioner was for release, based on information from petitioner's family that petitioner was initially detained by Yemeni authorities upon his arrival in Yemen.

2. On December 29, 2006, a media outlet in the United Arab Emirates reported that petitioner Al-Asadi had been released from custody in Yemen. See Exhibit A. Petitioner's counsel have represented that they have been attempting to contact petitioner's family in Yemen to confirm the media report, but petitioner's counsel have not been able to obtain confirmation as of the date of this filing.

3. Without prejudice to respondents' position that respondents have never been in contempt of the Court's November 29, 2005 Order, the potential release of petitioner from custody in Yemen may moot or significantly narrow the issues raised by petitioner's motion. Accordingly, respondents seek an extension of two weeks – until January 19, 2007 – to respond to petitioner's motion. This extension will provide petitioner's counsel with additional time to confirm release of petitioner with petitioner's family that may potentially resolve or narrow issues raised in petitioner's motion.

4. Pursuant to Local Civil Rule 7.1(m), respondents' counsel has conferred with counsel for petitioner, who consents to the requested extension.

5. For the reasons stated above, respondents respectfully request that the Court extend

until January 19, 2007 the time period during which respondents may respond to petitioner's emergency motion for order to show cause why respondents should not be held in contempt. A proposed order is attached.

Dated: January 5, 2007                    Respectfully submitted,

                                             PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470
Attorneys for Respondents