# EXHIBIT A

  Print this page

## Guantanamo detainee released

http://archive.gulfnews.com/articles/06/12/29/10092755.html

12/29/2006 07:19 PM | By Nasser Arrabyee, Correspondent

Sanaa: The Yemeni security authorities have released one of the six Guantanamo detainees who were handed over to Yemen earlier this month.

After more than five years in detention, Mohammad Ahmad Al Asadi returned to his family in Sanaa after spending about two weeks in Yemeni prisons.

Al Asadi said that he was released because there was no charge against him and that his file was found 'clear'.

Before being released, he signed a paper here that he would not participate in any armed activity.

"Now, I'm going to start a normal life, to find a job, to get married, and generally settle down," the 26-year-old Al Asadi told Gulf News.

Earlier President Ali Abdullah Saleh said the six men would be released if investigations show they were not involved in any terrorist acts.