IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AL-ASADI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2197 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**[Proposed] <u>ORDER</u>**

Upon consideration of respondents' unopposed motion for extension of time to respond to petitioner's emergency motion for order to show cause why respondents should not be held in contempt for violating the Court's November 29, 2005 Order, it is hereby

ORDERED that respondents' motion for extension of time is GRANTED; and

ORDERED that respondents shall have until January 19, 2007, to respond to petitioner's emergency motion for order to show cause why respondents should not be held in contempt.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE