IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **MOHAMMED AHMED ALI AL-ASADI**, ) | |
| ) | |
| **HAFIZULLAH AHMED ALI AL-ASADI**, ) | |
| Next Friend of Mohammed Al-Asadi ) | |
| ) | |
| Guantánamo Bay Naval Station, ) | |
| Guantánamo Bay, Cuba ) | |
|     Petitioner, ) | |
| ) | |
|     v. ) | |
| ) | Case No. 05cv2197-HHK |
| **GEORGE W. BUSH** ) | |
|     President of the United States ) | |
|     The White House ) | |
|     1600 Pennsylvania Avenue, N.W. ) | |
|     Washington, D.C. 20500; ) | |
| ) | **NOTICE OF FILING TO** |
| **DONALD RUMSFELD** ) | **WITHDRAW MOTION FOR** |
|     Secretary, United States ) | **ISSUANCE OF AN ORDER TO** |
|     Department of Defense ) | **SHOW CAUSE** |
|     1000 Defense Pentagon ) | |
|     Washington, D.C. 20301; ) | |
| ) | |
| **ARMY BRIG. GEN. JAY HOOD** ) | |
|     Commander, Joint Task Force - GTMO ) | |
|     APO AE 09360; and ) | |
| ) | |
| **ARMY COL. MIKE BUMGARNER** ) | |
|     Commander, Joint Detention ) | |
|     Operations Group - JTF-GTMO ) | |
|     APO AE 09360, ) | |
|         Respondents. ) | |
| _____) | |

    Petitioner Mohammed Al-Asadi, through undersigned counsel, hereby provides notice that he is filing and has submitted to the Court Security Officers as required, a Motion

1

withdrawing his previous Motion for Issuance of an Order to Show Cause as to why Respondents Should Not be Held in Contempt for Violating this Court's November 29, 2005 Order.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: January 18, 2007 | /s/ Shereen J. Charlick<br>**SHEREEN J. CHARLICK (CA147533)**<br>Federal Defenders<br>225 Broadway, Suite 900<br>San Diego, CA 92101-5030<br>(619) 685-3719 |

# CERTIFICATION AND VERIFICATION

Counsel for Petitioner certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon respondents.

Dated: January 18, 2007

/s/ Shereen J. Charlick
SHEREEN J. CHARLICK
ELLIS M. JOHNSTON III
Federal Defenders of San Diego
225 Broadway, Suite 900
San Diego, CA 92101
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Shereen_Charlick @ fd.org
Ellis_Johnston@fd.org