UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED ALI AL-ASADI,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action 05-02197 (HHK) |

ORDER TO SHOW CAUSE

On December 20, 2006, the Government notified the court that it had transferred petitioner Mohammed Ahmed Ali Al-Asadi to the Government of Yemen. The petitioner filed a motion requesting an order to show cause why the Government should not be held in contempt for failing to provide 30-day notice to petitioner's counsel or the court, as required by this court's order of November 29, 2005. The petitioner has now withdrawn that motion.

Accordingly, it is this 19th day of January, 2007, hereby

**ORDERED** that the petitioner shall show cause in writing, in a submission that shall be filed no later than February 2, 2007, why this case should not be dismissed on the grounds that it has become moot.

Henry H. Kennedy, Jr.
United States District Judge