# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF COLUMBIA

_____

**MOHAMMED AHMED ALI AL-ASADI**,

**HAFIZULLAH AHMED ALI AL-ASADI**,
Next Friend of Mohammed Al-Asadi

Guantánamo Bay Naval Station,
Guantánamo Bay, Cuba
    Petitioner,

v.

**GEORGE W. BUSH**
    President of the United States
    The White House
    1600 Pennsylvania Avenue, N.W.
    Washington, D.C. 20500;

**DONALD RUMSFELD**
    Secretary, United States
    Department of Defense
    1000 Defense Pentagon
    Washington, D.C. 20301;

**ARMY BRIG. GEN. JAY HOOD**
    Commander, Joint Task Force - GTMO
    APO AE 09360; and

**ARMY COL. MIKE BUMGARNER**
    Commander, Joint Detention
    Operations Group - JTF-GTMO
    APO AE 09360,
        Respondents.
_____

Case No. 05cv2197-HHK

**NOTICE OF WITHDRAWAL OF PREVIOUS MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE**

Petitioner Mohammed Al-Asadi, through undersigned counsel, hereby provides notice that he is withdrawing his previous Motion for Issuance of an Order to Show Cause as to Why

Respondents Should Not Be Held in Contempt for Violating this Court's November 29, 2005 Order.

I.

Mr. Mohammed Ali Al-Asadi withdraws his motion because subsequent to its filing, it appears that while he was originally transferred into detention in Yemen, he was in fact released from detention shortly thereafter.[1]  Undersigned counsel is unaware of the circumstances surrounding the release or what precipitated it, as she has been unable to confer personally with Mr. Al-Asadi but it appears that he has been released and at this point, that is sufficient and significant.  Therefore, undersigned counsel moves to withdraw the previously-filed motion.

Respectfully submitted,

Date:  January 18, 2007

/s/   Shereen J. Charlick
**SHEREEN J. CHARLICK (CA147533)**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 685-3719

---

[1] The undersigned believes based upon media accounts that Mr. Al-Asadi was released after the filing of the motion seeking an order to show cause was filed.

## CERTIFICATION AND VERIFICATION

Counsel for Petitioner certifies that the foregoing pleading is true and correct to the best of her information and belief, and that a copy of the foregoing document has been served this day upon Respondents.

Dated: January 18, 2007                     /s/ Shereen J. Charlick
                                            SHEREEN J. CHARLICK
                                            ELLIS M. JOHNSTON III
                                            Federal Defenders of San Diego
                                            225 Broadway, Suite 900
                                            San Diego, CA  92101
                                            (619) 234-8467 (tel)
                                            (619) 687-2666 (fax)
                                            e-mail:  Shereen_Charlick @ fd.org
                                                     Ellis_Johnston@fd.org