# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____

**MOHAMMED AHMED ALI AL-ASADI**,

**HAFIZULLAH AHMED ALI AL-ASADI**,
Next Friend of Mohammed Al-Asadi

Guantánamo Bay Naval Station,
Guantánamo Bay, Cuba
      Petitioner,

    v.

**GEORGE W. BUSH**
    President of the United States
    The White House
    1600 Pennsylvania Avenue, N.W.
    Washington, D.C. 20500;

**DONALD RUMSFELD**
    Secretary, United States
    Department of Defense
    1000 Defense Pentagon
    Washington, D.C. 20301;

**ARMY BRIG. GEN. JAY HOOD**
    Commander, Joint Task Force - GTMO
    APO AE 09360; and

**ARMY COL. MIKE BUMGARNER**
    Commander, Joint Detention
    Operations Group - JTF-GTMO
    APO AE 09360,
        Respondents.
_____

Case No. 05cv2197-HHK

**MOTION TO CONSIDER LATE-FILED RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Petitioner Mohammed Al-Asadi, through undersigned counsel, hereby files this motion to consider his late-filed response to the Court's order to show cause why the case should not be dismissed on mootness grounds.

1

**I.**

**BACKGROUND**

On January 19, 2007, this Court ordered Petitioner to show cause why the above-captioned case should not be dismissed on grounds that it had become moot. Dkt. No. 49. The Court ordered a response no later than February 2, 2007. Id. This order was received by undersigned counsel by means of electronic notice and delivery. Counsel did not view this document, however, until February 9, 2007. Counsel contacted the Court on that same day and spoke with one of the Court's clerks and advised him that counsel would file a response as soon as possible with a motion to accept late filing.

Counsel has no legitimate excuse for not seeing the electronic notice. However, he had been on an eight-week paternity leave, returning to work on the week of January 19, 2007. He had over a thousand emails in his inbox, and he failed to observe this order in a timely fashion. He only learned of the order after being contacted by another attorney no longer on the case who had also received the electronic notice.

**II.**

**MOTION**

Counsel has prepared the ordered response in as timely a manner as possible after learning of the order and prays that this Court accept Petitioner's belated filing.

Respectfully submitted,

Date: February 21, 2007

/s/    Ellis M. Johnston
**ELLIS M. JOHNSTON (CA223664)**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 685-3719