UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED ALI AL-ASADI,<br><br>Detainee,<br><br>HAFIZULLAH AHMED ALI AL-ASADI,<br>    as the Next Friend of<br>MOHAMMED AL-ASADI;<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents/Defendants. | Civil Action 05-02197 (HHK) |

**ORDER**

Before the court is petitioners' motion to withdraw a prior motion seeking the issuance of a show cause order [#50]. On January 18, 2007, petitioners filed notice with the court and withdrew the motion at issue [#48]. Accordingly, it is this 19th day of March, 2008 hereby

**ORDERED** that petitioners' motion to withdraw a prior motion seeking the issuance of a show cause order [#50] is denied as moot.

Henry H. Kennedy, Jr.<br>
United States District Judge