UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED ALI AL-ASADI et al.,<br>    Petitioners,<br>v.<br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action 05-02197<br>(HHK) |

### ORDER

Before the court is Respondents' motion to dismiss[#56]. Upon consideration of the motion and the record of this case, it is this 20th day of March, 2008, hereby

**ORDERED** that the court's consideration of the Respondents' motion to dismiss[#56] is stayed until after the Supreme Court issues its decision in *Boumediene v. Bush,* 476 F.3d 981 (D.C. Cir. 2007), *cert. granted*, 127 S. Ct. 3078 (June 29, 2007).

Henry H. Kennedy, Jr.
United States District Judge