IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF COLUMBIA

_____
                                       )

**MOHAMMED AL-ASADI,**  )
Guantánamo Bay Naval Station,  )
Guantánamo Bay, Cuba  )
  )
**HAFIZULLAH AHMED ALI AL-ASADI**,  )
Next Friend of Mohammed Al-Asadi  )
Petitioner,  )
  )
Guantánamo Bay Naval Station,  )
Guantánamo Bay, Cuba  )
  )
v.  )
  ) Case No. 05cv2197-HHK (TFH)
**GEORGE W. BUSH, et. al.**  )
President of the United States  )
The White House  )
1600 Pennsylvania Avenue, N.W.  )
Washington, D.C. 20500;  )
  )
Respondents.  )
_____)

## PETITIONER'S STATUS REPORT IN RESPONSE TO COURT'S JULY 3, 2008 ORDER

      Petitioner is no longer detained at Guantanamo Bay, Cuba. Respondent did relinquish custody of Mr. Al-Asadi and undersigned counsel believes that he was returned to Yemen and was ultimately released from an initial custodial period in Yemen. However, because undersigned counsel has not been able to communicate with Petitioner to ensure that he did not suffer collateral

1

consequences as a result of his prolonged detention in Guantanamo Bay, she cannot agree to dismissal of his habeas petition..

July 15, 2008

/s/  Shereen J. Charlick
SHEREEN J. CHARLICK
Counsel for Petitioner

V:\Shared\Guantanamo\AL-ASADI\Al-Asadi.Status.Report.wpd